

# IN THE SUPERIOR COURT OF GUAM

| IN THE MATTER OF THE ESTATE | Probate Case No. PR0078-75 |
|---|---|
| OF | |
| MARY MANIBUSAN DIAZ, | **DECISION AND ORDER GRANTING *EX PARTE* APPLICATION FOR LEAVE TO GRANT EXCLUSIVE AUTHORIATION TO SELL** |
| Deceased. | |

Before the Court is the Administratrix of the Estate's *ex parte* Application to Grant Exclusive Authorization to Sell Certain Real Property of the Estate. Finding good cause therefor, the *ex parte* Application is **granted**. The Administratrix is granted leave to grant exclusive authorization to sell certain real property of the Estate, as requested in the Application, for ninety (90) days from the date of this order, or until the Court orders otherwise.

**IT IS SO ORDERED** this _____ DEC 2 1 2020 _____.

_____
**HONORABLE ALBERTO C. LAMORENA, III**
**Presiding Judge, Superior Court of Guam**

Decision and Order Granting *Ex Parte* Application for Leave to Grant Exclusive Authorization to Sell
PR0078-75, *In the Matter of the Estate of Mary Manibusan Diaz*
Page 1 of 1